
FILED
January 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003230638

## U.S. Bankruptcy Court
## Eastern District of California (Sacramento)

| | |
|---|---|
| **DEBTOR**<br>**DOMINIC ANTHONY SUMMERVILLE** | ) Bankruptcy Petition #: 11-20169<br>)<br>) Judge: Hon. Christopher M. Klein<br>)<br>)<br>) **DEBTOR'S MOTION TO RELEASE**<br>)**FROZEN EXEMPTED BANK LEVIED**<br>)**FUNDS**<br>)<br>) |

### MOTION TO RELEASE FROZEN EXEMPT BANK LEVIED FUNDS

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, Attorney Carl Lux, attorney for Debtor, and moves the Court for an order releasing frozen exempt levied bank funds, and would respectfully show the Court as follows:

Debtor filed a Voluntary petition for relief under Chapter 7 of the Bankruptcy Code. A Bank levy was placed on Debtors Chase bank account ending with #9562 Tuesday, December 28th 2010 for $661.71. The levy was from a Writ of Execution issued by Superior Court of California County of Sacramento Small Claims Division (Case Number 10SC03315). Plaintiff is Ursula Ross Cobia 8588 Sunnybrae Dr., Sacramento, CA 95823.

Debtor has $21,809 Wildcard Exemption left on Statue: CCCP S 703.140 (b)(5). Debtor has filed an Amended Schedule B to exempt the $661.71 from Chase Bank.

**WHEREFORE** Debtor prays for an Order from the Court to release frozen exempt levied funds.

Dated: January 24th 2011
Respectfully Submitted,

/s/ Carl Lux

**Carl A. Lux**
2135 Santa Anita Avenue
Altadena, CA 91001
888-882-5610

# CERTIFICATE OF SERVICE

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail this 24th day of January 2011 on the following parties affected thereby:

Trustee: J. Michael Hopper

Ursula Ross Cobia
8588 Sunnybrae Dr.,
Sacramento, CA 95823

/s/ Carl Lux

**Carl A. Lux**
2135 Santa Anita Avenue
Altadena, CA 91001
888-882-5610